IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

MIGUEL ANTONIO DOMINGUEZ IZAGUIRRE,

        Petitioners,

v.                              CIVIL ACTION NO.   2:26-cv-00121

CHRISTOPHER MASON, et al.,

        Respondents.

**ORDER**

Pending before the court is Respondents' Motion to Clarify or Reconsider, [ECF No. 21]. For reasons appearing to the court, the Motion, **[ECF No. 21]**, is **DENIED**.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel, any unrepresented party, and the United States Attorney's Office for the Southern District of West Virginia.

ENTER:      March 6, 2026

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE